CASE 1:21-MC-00102-AKH         Filed 9/17/07         Page 1 of 2

ESCHEN, FRENKEL, WEISMAN & GORDON, LLP
20 West Main Street
Bay Shore, New York 11706
(631) 969-7777

Attorneys for Defendants
110 CHURCH, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
IN RE:                                                                              Case No.: 1:21 MC 102(AKH)
 LOWER MANHATTAN DISASTER SITE
LITIGATION  (21 MC 102)
--------------------------------------------------------X
SLAWOMIR GRYSZKIEWICS  &                    **NOTICE OF ADOPTION OF**
WIFE WANDA GRYSZKIEWICS,                    **ANSWER TO MASTER**
                                                                              **COMPLAINT**

                    Plaintiffs,                                        **ELECTRONICALLY FILED**

                                                                              Docket #: 07-CV-1623
            -against-

1 WALL STREET, et. al.,

                    Defendants.
--------------------------------------------------------X

**PLEASE TAKE NOTICE** that defendants 110 CHURCH, LLC by their attorney, ESCHEN, FRENKEL, WEISMAN & GORDON, LLP as and for a their Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt their Answer to Master Complaint dated July 31, 2007, which was filed in the matter of In Re: World Trade Center Lower Manhattan Disaster Site Litigation, 21 MC 102 (AKH).

            WHEREFORE, the defendants 110 CHURCH, LLC demand judgment

dismissing the above-captioned action as against them, together with their costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: Bay Shore, New York
   September 14, 2007      Yours, etc.,

                 By:_____
                   Todd E. Weisman (TEW-0963)
                 ESCHEN, FRENKEL, WEISMAN
                 & GORDON, LLP
                 *Attorneys for Defendants*
                 110 CHURCH, LLC
                 20 West Main Street
                 Bay Shore, New York 11706
                 (631) 969-7777
                 File #: 9092-07