UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: LOWER MANHATTAN DISASTER SITE
LITIGATION
----------------------------------------------------------------------X  07CV1623 (AKH)
SLAWOMIR GRYSZKIEWICZ (AND WIFE, WANDA
GRYSZKIEWICZ),

                               Plaintiffs,

      - against –
                                                      ANSWER

110 CHURCH LLC, 4101 AUSTIN BLVD
CORPORATION, 53 PARK PLACE LLC,
ALAN KASMAN DBA KASCO, ANN TAYLOR
STORES CORPORATION, BATTERY PARK
CITY AUTHORITY, BLACKMON-MOORING-
STEAMATIC CATASTOPHE, INC. D/B/A BMS
CAT, BROOKFIELD FINANCIAL PROPERTIES INC.,
BROOKFIELD FINANCIAL PROPERTIES LP,
BROOKFIELD PARTNERS LP, BROOKFIELD
PROPERTIES CORPORATION, BROOKFIELD
PROPERTIES HOLDINGS INC., ENVIROTECH CLEAN
AIR, INC., GPS ENVIRONMENTAL CONSULTANTS,
INC., HILLMAN ENVIRONENATAL GROUP, LLC.,
INDOOR ENVIRONMENTAL TECHNOLOGY INC.,
KASCO RESTORATION SERVICES CO., LIONSHEAD
DEVELOPMENT LLC, MERRILL LYNCH & CO, INC.,
NOMURA HOLDING AMERICA, INC., ONE WALL
STREET HOLDINGS LLC., STRUCTURE TONE (UK),
INC.,STRUCTURE TONE GLOBAL SERVICES , INC.,
THE BANK OF NEW YORK COMPANY, INC., TOSCORP
INC., WESTON SOLUTIONS, INC., WFP TOWER B CO.
G.P. CORP., WFP TOWER B. CO., L.P., AND ZAR REALTY
MANAGEMENT CORP., ET AL

                               Defendants.
----------------------------------------------------------------------X

    PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-

referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
       September 14, 2007

                Yours, etc.

                FRIEDMAN, HARFENIST, LANGER & KRAUT
                Attorneys for Defendant –Envirotech
                3000 Marcus Avenue, Suite 2E1
                Lake Success, New York 11042
                (516) 775-5800

                BY: *[signature]*
                      Heather L. Smar (4622)