UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| IN RE WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |

-----------------------------------------------------------------X

| | |
|---|---|
| SLAWOMIR GRYSZKIEWICZ AND WANDA GRYSZKIEWICZ, | 07-CV-01623-AKH |
| Plaintiffs, | **APPEARANCE** |
| - against - | |
| 110 CHURCH LLC, *et al.*, | **ELECTRONICALLY FILED** |
| Defendants. | |

-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.

Dated: New York, New York　　　　　　DICKSTEIN SHAPIRO LLP
　　　　　October 3, 2007

　　　　　　　　　　　　　　By:　　/s/ Judith R. Cohen
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Judith R. Cohen (JC-8614)
　　　　　　　　　　　　　　　　　1177 Avenue of the Americas
　　　　　　　　　　　　　　　　　New York, New York 10036
　　　　　　　　　　　　　　　　　Phone: (212) 277-6500
　　　　　　　　　　　　　　　　　Fax: (212) 277-6501

　　　　　　　　　　　　　　　　　*Attorney for Defendant*
　　　　　　　　　　　　　　　　　MERRILL LYNCH & CO., INC.

DOCSNY-271493v01