UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------------X   07CV1623 (AKH)
SLAWOMIR GRYSZKIEWICZ (AND WIFE, WANDA
GRYSZKIEWICZ),

                                    Plaintiffs,

       - against –

                                    ANSWER TO
                                    AMENDED
                                    COMPLAINT

110 CHURCH LLC, 4101 AUSTIN BLVD
CORPORATION, 53 PARK PLACE LLC,
55 WATER STREET CINDOMINIUM
63 WALL STREET INC.,
63 WALL INC.,
ALAN KASMAN DBA KASCO, AMBIENT GROUP
INC., AMG REALTY PARTNERS, LP,
ANN TAYLOR STORES CORPORATION,
BANKERS TRUST COMPANY, BATTERY PARK
CITY AUTHORITY, BLACKMON-MOORING-
STEAMATIC CATASTOPHE, INC. D/B/A BMS
CAT, BOARD OF MANAGERS OF THE HUDSON
VIEW EAST CONDOMINIUM,
BROOKFIELD FINANCIAL PROPERTIES INC.,
BROOKFIELD FINANCIAL PROPERTIES LP,
BROOKFIELD PARTNERS LP, BROOKFIELD
PROPERTIES CORPORATION, BROOKFIELD
PROPERTIES HOLDINGS INC.,
BROWN BROTHERS HARRIMAN & CO., INC.,
BT PRIVATE CLIENTS CORP.,
DEUTSCHE BANK TRUST COMPANY,
DEUTSCHE BANK TRUST COMPANY AMERICAS,
DEUTSCHE BANK TRUST CORPORATION,
ENVIROTECH CLEAN AIR, INC.,
GPS ENVIRONMENTAL CONSULTANTS,
INC., HILLMAN ENVIRONENATAL GROUP, LLC.,
HUDSON VIEW EAST CONDOMINIUM,
HUDSON VIEW TOWERS ASSOCIATES,
INDOOR ENVIRONMENTAL TECHNOLOGY INC.,
JONES LANG LASALLE AMERICAS INC.,
JONES LANG LASALLE SERVICES, INC.,
KASCO RESTORATION SERVICES CO., LIONSHEAD

110 DEVELOPMENT LLC,
LIONSHEAD DEVELOPMENT LLC,
MERRILL LYNCH & CO, INC.,
NEW WATER STREET CORP.,
NOMURA HOLDING AMERICA, INC.,
NOMURA SECURITIES INTERNATIONAL, INC.,
ONE WALL STREET HOLDINGS LLC.,
RY MANAGEMENT CO, INC.,
RY MANAGEMENT,
ST. JOHN'S UNIVERSITY,
STRUCTURE TONE (UK),
INC.,STRUCTURE TONE GLOBAL SERVICES , INC.,
THE BANK OF NEW YORK COMPANY, INC.,
THE BANK OF NEW YORK TRUST COMPANY NA,
THE NEW YORK CITY DEPARTMENT OF EDUCATION,
THE NEW YORK CITY SCHOOL CONSTRUCTION AUTHORITY,
TISHMAN INTERIORS CORPORATION,
TISHMAN SPEYER PROPERTIES,
TOSCORP INC.,
TRIBECA NORTH END LLC,
TULLY CONSTRUCTION CO INC.,
TULLY INDUSTRIES INC.,
V CUCINIELLO,
WESTON SOLUTIONS, INC., WFP TOWER B CO.
G.P. CORP., WFP TOWER B. CO., L.P.,
WFP TOWER D CO GP CORP,
WFP TOWER D HOLDING CO I LP
WFP TOWER D HOLDING CO II LP,
WFP TOWER D HOLDING I GP CORP,
WFP TOWER D CO LP,
AND ZAR REALTY
MANAGEMENT CORP., ET AL

        Defendants.

------------------------------------------------------------------------X

  PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc. ("Envirotech"), as and for their responses to the allegations set forth in the Amended Complaint by Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint

dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
       March 18, 2008

        Yours, etc.

        FRIEDMAN, HARFENIST, LANGER & KRAUT
        Attorneys for Defendant –Envirotech
        3000 Marcus Avenue, Suite 2E1
        Lake Success, New York 11042
        (516) 775-5800

        BY: _____
                Heather L. Smar (4622)