RUBIN, FIORELLA & FRIEDMAN LLP
292 Madison Avenue - 11th Floor
New York, New York 10017
(212) 953-2381

Attorneys for Defendants
110 CHURCH, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

IN RE:  
LOWER MANHATTAN DISASTER SITE  
LITIGATION (21 MC 102)  

Case No.: 1:21 MC 102 (AKH)

-------------------------------------------------------------------X

SLAWOMIR GRYSZKIEWICZ (AND WIFE,  
WANDA GRYSZKIEWICZ),  

Docket No.: 07 CV 1623

                     Plaintiffs,

**NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT**

        -against-

110 CHURCH LLC, et al.,

**ELECTRONICALLY FILED**

                     Defendants.
-------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that defendant 110 CHURCH, LLC, by its attorneys RUBIN, FIORELLA & FRIEDMAN LLP, as and for their response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts its Answer to Master Complaint dated July 31, 2007, which was filed in the matter of *In Re: World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102(AKH).

**WHEREFORE**, the defendant 110 CHURCH, LLC demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements and

for such other and further relief as this court deems just and proper.

Dated: New York, New York
      May 12, 2008

                              RUBIN, FIORELLA & FRIEDMAN LLP

                        By: _____
                              Leila Cardo (LC-8359)
                              *Attorneys for Defendant*
                              110 CHURCH, LLC
                              292 Madison Avenue - 11th Floor
                              New York, New York 10017
                              (212) 953-2381
                              File No. 344-6879