RUBIN, FIORELLA & FRIEDMAN LLP
292 Madison Avenue - 11th Floor
New York, New York 10017
(212) 953-2381

Attorneys for Defendants
LIONSHEAD 110 DEVELOPMENT, LLC
formerly known as and sued herein as
LIONSHEAD DEVELOPMENT, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

IN RE:                                                      Case No.: 1:21 MC 102 (AKH)
LOWER MANHATTAN DISASTER SITE
LITIGATION (21 MC 102)
------------------------------------------------------------------X
SLAWOMIR GRYSZKIEWICZ (AND WIFE,
WANDA GRYSZKIEWICZ),                                         Docket No.: 07 CV 1623

                              Plaintiffs,                   **NOTICE OF ADOPTION
                                                            OF ANSWER TO**
            -against-                                       **MASTER COMPLAINT**

110 CHURCH LLC, et al.,                                     **ELECTRONICALLY FILED**

                              Defendants.
------------------------------------------------------------------X

   **PLEASE TAKE NOTICE** that defendant LIONSHEAD 110 DEVELOPMENT,

LLC, formerly known as and sued herein as LIONSHEAD DEVELOPMENT, LLC, by its

attorneys RUBIN, FIORELLA & FRIEDMAN LLP, as and for their response to the

allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to

the Master Complaint filed in the above-referenced action, hereby adopts its Answer to

Master Complaint dated July 31, 2007, which was filed in the matter of *In Re: World*

*Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102(AKH).

**WHEREFORE**, the defendant LIONSHEAD 110 DEVELOPMENT, LLC, formerly

known as and sued herein as LIONSHEAD DEVELOPMENT, LLC demands judgment

dismissing the above-captioned action as against it, together with its costs and

disbursements and for such other and further relief as this court deems just and proper.

Dated: New York, New York
      May 12, 2008

                            RUBIN, FIORELLA & FRIEDMAN LLP

By: _____
                    Leila Cardo (LC-8359)
                    *Attorneys for Defendant*
                    LIONSHEAD 110 DEVELOPMENT, LLC
                    formerly known as and sued herein as
                    LIONSHEAD DEVELOPMENT, LLC
                    292 Madison Avenue - 11th Floor
                    New York, New York 10017
                    (212) 953-2381
                    File No. 344-6879