RUBIN, FIORELLA & FRIEDMAN LLP
292 Madison Avenue - 11th Floor
New York, New York 10017
(212) 953-2381

Attorneys for Defendants
LIONSHEAD 110 DEVELOPMENT, LLC
formerly known as and sued herein as
LIONSHEAD DEVELOPMENT, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| IN RE:<br>LOWER MANHATTAN DISASTER SITE<br>LITIGATION (21 MC 102) | Case No.: 1:21 MC 102 (AKH) |
| -----------------------------------------------------------------X | |
| SLAWOMIR GRYSZKIEWICZ (AND WIFE,<br>WANDA GRYSZKIEWICZ), | Docket No.: 07 CV 1623 |
|        Plaintiffs, | **NOTICE OF ADOPTION**<br>**OF ANSWER TO** |
| -against- | **MASTER COMPLAINT** |
| 110 CHURCH LLC, et al., | **ELECTRONICALLY FILED** |
|        Defendants. | |
| -----------------------------------------------------------------X | |

**PLEASE TAKE NOTICE** that defendant LIONSHEAD 110 DEVELOPMENT, LLC, formerly known as and sued herein as LIONSHEAD DEVELOPMENT, LLC, by its attorneys RUBIN, FIORELLA & FRIEDMAN LLP, as and for their response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts its Answer to Master Complaint dated July 31, 2007, which was filed in the matter of *In Re: World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102(AKH).

**WHEREFORE**, the defendant LIONSHEAD 110 DEVELOPMENT, LLC, formerly known as and sued herein as LIONSHEAD DEVELOPMENT, LLC demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements and for such other and further relief as this court deems just and proper.

Dated: New York, New York
      May 12, 2008

                              RUBIN, FIORELLA & FRIEDMAN LLP

By: _____
      Leila Cardo (LC-8359)
      *Attorneys for Defendant*
      LIONSHEAD 110 DEVELOPMENT, LLC
      formerly known as and sued herein as
      LIONSHEAD DEVELOPMENT, LLC
      292 Madison Avenue - 11th Floor
      New York, New York 10017
      (212) 953-2381
      File No. 344-6879