RUBIN, FIORELLA & FRIEDMAN LLP
292 Madison Avenue - 11th Floor
New York, New York 10017
(212) 953-2381

Attorneys for Defendants
LIONSHEAD 110 DEVELOPMENT, LLC
formerly known as and sued herein as
LIONSHEAD DEVELOPMENT, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

IN RE:
LOWER MANHATTAN DISASTER SITE
LITIGATION (21 MC 102)
-------------------------------------------------------------------X

Case No.: 1:21 MC 102 (AKH)

**NOTICE OF APPEARANCE**

**ELECTRONICALLY FILED**

PLEASE TAKE NOTICE that defendant LIONSHEAD 110 DEVELOPMENT,

LLC, formerly known as and sued herein as LIONSHEAD DEVELOPMENT, LLC,

appears in the above-entitled action, and that the undersigned have been retained as

attorneys for said defendant in the matter of *In Re: World Trade Center Lower Manhattan

Disaster Site Litigation*, 21 MC 102 (AKH).

Dated: New York, New York
       August 1, 2008

RUBIN, FIORELLA & FRIEDMAN LLP

By: _Leila Cardo_____

Leila Cardo (LC-8359)
*Attorneys for Defendant*
LIONSHEAD 110 DEVELOPMENT, LLC
formerly known as and sued herein as
LIONSHEAD DEVELOPMENT, LLC
292 Madison Avenue - 11th Floor
New York, New York 10017
(212) 953-2381
File No. 344-6879